# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGELICA LANDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:21-cv-02634 |
| TORTILLERIA ATOTONILCO, INC. | ) |
| | ) Judge Joan H. Lefkow |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANGELICA LANDA, and Defendant, TORTILLERIA ATOTONILCO, INC., having reached a mutually satisfactory resolution of all issues between them that were the subject of this action, jointly request and stipulate to entry of an Order to Dismiss Defendant with prejudice as follows:

1. The parties hereby agree that Plaintiff dismisses Defendant from this case with prejudice.

2. The Parties agree that dismissal of the case will be without costs or attorneys' fees to either party, except as specifically set forth in the parties' confidential settlement agreement.

Dated: December 29, 2021

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Nicholas Bedenk | By: /s/ Storrs W. Downey |
| Nicholas Bedenk | Storrs W. Downey |
| Dolores Ayala | Jessica B. Jackler |
| Legal Aid Chicago | BRYCE DOWNEY & LENKOV LLC |
| 120 S. LaSalle St., Ste. 900 | 200 North LaSalle Street, Suite 2700 |

{03049726.DOCX / }　　　　　　　　　　1

| | |
|---|---|
| Chicago, IL 60603 | Chicago, IL 60601 |
| (P) 312-229-6394 | P: (312).377-1501 |
| (F) 312-612-1594 | F: (312) 377-1502 |
| nbedenk@legalaidchicago.org | E: sdowney@bdlfirm.com |
| dayala@legalaidchicago.org | E: jjackler@bdlfirm.com |

## **CERTIFICATE OF SERVICE**

I certify that on the 29th day of December, 2021, the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent to attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Storrs W. Downey
Storrs W. Downey
